IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01242-STV

JOSHUA ORTUA OLVINA,

     Petitioner,

v.

GEORGE VALDEZ; *et al*,

     Respondents.

---

## ORDER TO SHOW CAUSE

---

Chief Magistrate Judge Scott T. Varholak

     An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado.   Upon reading the application, good cause appears.

     Accordingly, it is

     **ORDERED** that Respondents show cause **within seven (7) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted.   It is

     **FURTHER ORDERED** that **within fourteen (14) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply.   It is

     **FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before April 2, 2026.**

DATED: March 26, 2026                 BY THE COURT:


                                      s/Scott T. Varholak_____
                                      Chief United States Magistrate Judge